# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEPHEN R. CHRISTENSEN, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CIV-14-153-M<br>) |
| RANDALL R. EDWARDS, Sheriff, CAPTAIN R. STUART, Jail Administrator, JOHN OR JANE DOE(S), C.O. AMBER COLLINS, SGT. KENNEDY, THE HONORABLE GARY MILLER, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

On April 18, 2014, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that this Court deny plaintiff's petition for writ of mandamus. Plaintiff was advised of his right to object to the Report and Recommendation by May 08, 2014. A review of the file reveals no objection has been filed.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 11] issued by the Magistrate Judge on April 18, 2014;

(2) DENIES plaintiff's Application for Writ of Mandamus [docket no. 10].

**IT IS SO ORDERED this 22nd day of May, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE