## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

STEPHEN R. CHRISTENSEN,            )
                                   )
                    Plaintiff,     )
                                   )
vs.                                )          Case No. CIV-14-153-M
                                   )
RANDALL R. EDWARDS, Sheriff;       )
CAPTAIN R. STUART, Jail Administrator; )
JOHN OR JAN DOE(S); C.O. AMBER     )
COLLINS; SGT. KENNEDY;             )
THE HONORABLE GARY MILLER,         )
                                   )
                    Defendants.    )

## ORDER

On May 29, 2014, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that this action be dismissed without prejudice due to plaintiff's failure to make partial filing fee payment as ordered by the Court. Plaintiff was advised of his right to object to the Report and Recommendation by June 18, 2014. A review of the record shows that plaintiff has not filed any objection.

Having carefully reviewed this matter de novo, the Court:

(1)     ADOPTS the Report and Recommendation [docket no. 16] issued by the Magistrate Judge on May 29, 2014, and

(2)     DISMISSES this action without prejudice due to plaintiff's failure to make partial filing fee payment as ordered by the Court.

**IT IS SO ORDERED this 10th day of July, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE